## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| COOK'S PEST CONTROL, INC.  ) | |
| ) | |
|     Plaintiff  ) | |
| ) | |
| v.  ) | Civil Case No.: 04-596-BH-M |
| ) | |
| PRICHARD HOUSING AUTHORITY,  ) | |
| ) | |
|     Defendants.  ) | |

## DEFAULT JUDGMENT

Pursuant to the Order entered this day, it is **ORDERED**, **ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** be and is hereby entered in favor of Plaintiff, Cook's Pest Control, and against the defendant Prichard Housing Authority, as follows:

1. Plaintiff Cook's Pest Control shall pay Defendant Prichard Housing Authority One Hundred Fifty Four Thousand Six Hundred and Fifty Dollars and no cents ($154,650.00) as total and final payment for the evaluation and reimbursement for termite damage uncovered during the renovations of the Prichard Housing Authority property in question.

2. Costs are taxed against Defendant.

**So ORDERED**, this 24th day of October, 2004.

                                                             s/ W.B. Hand
                                                 SENIOR DISTRICT JUDGE